UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60397-CIV-SMITH

HOWARD COHAN,

    Plaintiff,

v.

MCHAIG, INC.,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the Parties' Joint Notice of Settlement [DE 6], indicating that this matter has been settled. Upon consideration, it is hereby

**ORDERED** that:

1. Plaintiff shall file a Notice of Dismissal, or the parties shall file a Joint Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41(a) by **April 30, 2025**.

2. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 15th day of April, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record